03/02/2004   16:39   LAW OFFICES → 12164302291                                      NO. 350   P002

## IN THE COURT OF COMMON PLEAS
## STARK COUNTY, OHIO

STATE OF OHIO, EX REL.  
PHILLIP F. PALUMBO  ::     CASE NO. **2004CV00586**  
1900 Edwards Ave. N.E.  ::  
Canton, Ohio 44705  ::  

and  ::     JUDGE   *Sinclair*

PHILLIP F. PALUMBO  ::  
1900 Edwards Ave. N.E.  ::     **VERIFIED COMPLAINT**  
Canton, Ohio 44705  ::     (Jury Demand Endorsed Herein)

     Plaintiff-Relator  ::

v.  ::

STARK-TUSCARAWAS - WAYNE  ::  
JOINT SOLID WASTE  ::  
MANAGEMENT DISTRICT  ::  
BOARD OF COMMISSIONERS  ::  
9918 Wilkshire Blvd. N.E.  ::  
Bolivar, Ohio 44612  ::

and  ::

KERRY METZGER  ::  
125 E. High Avenue  ::  
New Philadelphia, Ohio 44663  ::  
In his official capacity as a duly  ::  
elected commissioner in Tuscarawas  ::  
County and a member of the Board  ::  
of the Stark-Tuscarawas-Wayne  ::  
Joint Solid Waste Management  ::  
District  ::

and  ::

WILLIAM RESS  ::  
125 E. High Avenue  ::  
New Philadelphia, Ohio 44663  ::  
In his official capacity as a duly  ::  
elected commissioner in Tuscarawas  ::  
County and a member of the Board  ::  
of the Stark-Tuscarawas-Wayne  ::  
Joint Solid Waste Management  ::  
District  ::

FILED  
FEB 17 2004  
PHIL G. CHAMERS  
STARK COUNTY OHIO  
CLERK OF COURTS

**EXHIBIT**  
tabbies  
"A"

and                                    ::
                                       ::
JAMES SELDENRIGHT                      ::
125 E. High Avenue                     ::
New Philadelphia, Ohio 44663           ::
In his official capacity as a duly     ::
elected commissioner in Tuscarawas     ::
County and a member of the Board       ::
of the Stark-Tuscarawas-Wayne          ::
Joint Solid Waste Management .         ::
District                               ::
                                       ::
and _ .                                ::
                                       ::
FRED CANNON                            ::
428 W. Liberty Street                  ::
Wooster, Ohio 44691                    ::
In his official capacity as a duly     ::
elected commissioner for Wayne         ::
County and a member of the Board       ::
of the Stark-Tuscarawas-Wayne          ::
Joint Solid Waste Management           ::
District                               ::
                                       ::
and                                    ::
                                       ::
CHERYL NOAH                            ::
428 W. Liberty Street                  ::
Wooster, Ohio 44691                    ::
In her official capacity as a duly     ::
elected commissioner for Wayne         ::
County and a member of the Board       ::
of the Stark-Tuscarawas-Wayne          ::
Joint Solid Waste Management           ::
District                               ::
                                       ::
and                                    ::
                                       :: .
ANN OBRECHT                            ::
428 W. Liberty Street                  ::
Wooster, Ohio 44691                    ::
In her official capacity as a duly     ::
elected commissioner for Wayne         ::
County and a member of the Board       ::
of the Stark-Tuscarawas-Wayne          ::
Joint Solid Waste Management           ::
District                               ::
                                       ::
and                                    ::

LAW OFFICES OF BRIAN L. ZIMMERMAN    CANTON, OHIO

GAYLE JACKSON                                    ::
110 Central Plaza, South, Suite 240             ::
Canton, Ohio 44702                              ::
428 W. Liberty Street                           ::
Wooster, Ohio 44691                             ::
In her official capacity as a duly             ::
elected commissioner for Stark                 ::
County and a member of the Board               ::
of the Stark-Tuscarawas-Wayne                  ::
Joint Solid Waste Management                   ::
District                                        ::
                                                ::
and _                                           ::
                                                ::
RICHARD REGULA                                  ::
110 Central Plaza, South, Suite 240             ::
Canton, Ohio 44702                              ::
428 W. Liberty Street                           ::
Wooster, Ohio 44691                             ::
In his official capacity as a duly             ::
elected commissioner for Stark                 ::
County and a member of the Board               ::
of the Stark-Tuscarawas-Wayne                  ::
Joint Solid Waste Management                   ::
District                                        ::
                                                ::
and                                             ::
                                                ::
JANE VIGNOS                                     ::
110 Central Plaza, South, Suite 240             ::
Canton, Ohio 44702                              ::
428 W. Liberty Street                           ::
Wooster, Ohio 44691                             ::
In her official capacity as a duly             ::
elected commissioner for Stark                 ::
County and a member of the Board               ::
of the Stark-Tuscarawas-Wayne                  ::
Joint Solid Waste Management                   ::
District                                        ::
                                                ::
         Defendants-Respondents                 ::
                                                ::

## PARTIES, JURISDICTION AND VENUE

1.  Plaintiff-Relator, Phillip F. Palumbo, was, at all applicable times, employed by Defendant- Respondent, Stark-Tuscarawas-Wayne Joint Solid Waste Management District, as its Executive Director and Treasurer.

2.  The Board of Defendant-Respondent, Stark-Tuscarawas-Wayne Joint Solid Waste Management District ("Board") is a corporate entity pursuant to R. C. §343.01 and a public body pursuant to R. C. § 343.01, R. C. § 121.22 and other applicable sections of the Ohio Revised Code.

3.  Defendants-Respondents, Kerry Metzger, William Ress, and James Seldenright are the duly elected and serving commissioners in Tuscarawas County and are members of the Board of the Stark-Tuscarawas-Wayne Joint Solid Waste Management District, at all relevant times herein.

4.  Defendants-Respondents, Fred Cannon, Cheryl Noah and Ann Obrecht are the duly elected and serving commissioners in Wayne County and are members of the Board of the Stark-Tuscarawas-Wayne Joint Solid Waste Management District, at all relevant times herein.

5.  Defendants-Respondents, Gayle Jackson, Richard Regula, and Jane Vignos are the duly elected and serving commissioners in Stark County and are members of the Board of the Stark-Tuscarawas-Wayne Joint Solid Waste Management District, at all relevant times herein.

6.  Jurisdiction rests with this Court under R. C. § 2731.02, R. C. § 2731.06, R. C. § 121.22, and other applicable sections of the Ohio Revised and 42 U.S.C.§1983 et seq., and other applicable sections of the United States Code.

4

7.  This matter is properly venued with this Court under the applicable sections of the Ohio Civil Rules.

## BACKGROUND FACTS

8.  Plaintiff-Relator, Phillip F. Palumbo, was first employed by the Board as the program director for the Stark-Tuscarawas-Wayne Joint Solid Waste Management District in 1990.

9.  In 1992, Plaintiff-Relator, Phillip F. Palumbo, was hired as the executive director and treasurer of the Stark-Tuscarawas-Wayne Joint Solid Waste Management District and continued in said positions of employment until the Board purportedly terminated his employment on or about February 6, 2004.

10.  As the executive director, treasurer and employee of the Stark-Tuscarawas-Wayne Joint Solid Waste Management District, Plaintiff-Relator, Phillip F. Palumbo, had an expectation of continued employment as a public employee with the Board, including, but not limited to, the right to a hearing before the Board could take any action to terminate his employment.

11.  On February 6, 2004, the Board, held a public meeting, announced its intention to enter executive session to discuss "personnel" and failed to advise the public of the specific purpose for which the executive session was to be held as required by R. C. §121.22 (G)(1).

12.  Following the conclusion of the executive session, the Board voted 6 to 3 to terminate the employment of Plaintiff-Relator, Phillip F. Palumbo.

13.  The Board never provided Phillip F. Palumbo with advance notice that his employment was to be discussed at the February 6, 2004 public meeting.

5

14. The Board did not present Plaintiff-Relator Phillip F. Palumbo an opportunity to meet and/or discuss the status of his continued employment with the Board prior to its purported action on February 6, 2004 to terminate his employment.

15. Plaintiff-Relator was denied his statutory and Constitutional rights to a hearing and was not afforded an opportunity to present a meaningful response to any of the Board's allegations that purportedly supported his termination.

16. Plaintiff-Relator was denied timely notice of the Board's intention to consider the termination of his employment.

## COUNT I
### Declaratory Action

17. Plaintiff-Relator incorporates by reference herein any allegations contained in paragraphs 1 through 16, inclusive, hereinabove.

18. This Count is brought under R. C. Chapter 2721, et seq., and involves an actual controversy for which Plaintiff-Relator has no adequate remedy at law, now existing between Plaintiff-Relator and Defendant-Respondents arising out of the Board's purported termination of Plaintiff-Relator's employment with the Stark-Tuscarawas-Wayne Joint Solid Waste Management District.

19. As the executive director and treasurer of the Stark-Tuscarawas-Wayne Joint Solid Waste Management District, Plaintiff-Relator, Phillip F. Palumbo, was entitled to all the rights and privileges as contained in R. C. §343.01, et seq., Chapter 124, and other applicable sections of the Ohio Revised Code, and had the right to notice that his employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District might be terminated at a public meeting.

6

20. Plaintiff-Relator requests this Court declare Plaintiff-Relator was entitled, as a public employee, to advance notice that his employment might be terminated in a public meeting, pursuant to R. C. §121.22(G)(1), before the Board could take any action to terminate his contract.

21. Plaintiff-Relator further requests this Court declare that the Board violated R. C. § 121.22 (G)(1) by failing to advise the public of the specific purpose for which the _executive session was to be held before the Board entered executive session on February 6, 2004.

22. Plaintiff-Relator, Phillip F. Palumbo, requests this Court declare invalid and void *ab initio*, the resolution and/or formal action adopted by the Board in the open public meeting of February 6, 2004, that the Board was terminating the employment contracts of Plaintiff-Relator, Phillip F. Palumbo, for the Board's failure to comply with the dictates of R. C. § 121.22 as set forth hereinabove.

## COUNT II
### Writ of Mandamus

23. Plaintiff-Relator, Phillip F. Palumbo, incorporates by reference herein the allegations contained in paragraphs 1 through 22, inclusive, hereinabove.

24. Plaintiff-Relator, Phillip F. Palumbo, has no adequate remedy at law as a result of the Board's action to terminate his employment contracts, which action took place on or about February 6, 2004.

25. The Board's deliberations conducted in executive session on February 6, 2004, were in violation of the provisions set forth in R. C. § 121.22(G) because of the Board's failure to provide appropriate notice to Plaintiff-Relator that his employment with the Board

7

was going to be considered at this executive session and for the Board's failure to properly announce to the public the specific purpose for which the executive session would be held on February 6, 2004.

26. As a result of the aforementioned violations, the Board has a clear legal duty to reinstate Plaintiff-Relator, Phillip F. Palumbo, to his employment as the executive director and treasurer of the Stark-Tuscarawas-Wayne Joint Solid Waste District with back pay and back benefits.

27. Plaintiff-Relator, Phillip F. Palumbo, is prepared to resume his position and desires to do so immediately.

28. Therefore, Plaintiff-Relator, Phillip F. Palumbo, requests this Court order the Board to immediately reinstate Plaintiff-Relator, Phillip F. Palumbo, to his employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District.

## COUNT III
### Breach of Contract

29. Plaintiff-Relator, Phillip F. Palumbo, incorporates by reference herein the allegations contained in paragraphs 1 through 27, inclusive, hereinabove.

30. As the executive director and treasurer of the Stark-Tuscarawas-Wayne Joint Solid Waste District, Plaintiff-Relator, Phillip F. Palumbo, had an expectation of continued employment and was entitled to continue his employment unless and until it was demonstrated that good cause existed for the termination of his employment.

31. The Board breached its employment contracts with Plaintiff-Relator, Phillip F. Palumbo, by failing to give Plaintiff-Relator, Phillip F. Palumbo, advance notice that the Board was considering termination of his employment at the February 6, 2004 meeting,

8

and by failing to provide good cause to support the termination of Plaintiff-Relator's employment by failing to comply with the other statutory rights set forth in the Ohio Revised Code with respect to the employment of Plaintiff-Relator, Phillip F. Palumbo.

32. The Board acted in bad faith in terminating Plaintiff-Relator's employment contracts.

33. As a result of the aforesaid actions and breach of contracts, Plaintiff-Relator has suffered damages in an amount exceeding Twenty-Five Thousand Dollars ($25,000.00) and has been caused to suffer emotional distress and other losses.

## COUNT IV
### 42 U.S.C. § 1983
### Deprivation of Rights

34. Plaintiff-Relator, Phillip F. Palumbo, incorporates by reference herein the allegations contained in paragraphs 1 through 33, inclusive, hereinabove.

35. Plaintiff-Relator, Phillip F. Palumbo's employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District vested him with a right and/or property interest in said employment.

36. Plaintiff-Relator, Phillip F. Palumbo, may not be deprived of his rights and/or property interest in said property interest in said employment without adequate notice and a meaningful opportunity to respond to the allegations that support the deprivation.

37. The Board deprived Plaintiff-Relator, Phillip F. Palumbo, of his rights and property interest in said employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District by terminating his employment without affording his adequate notice and a meaningful opportunity to respond to the allegations supporting said termination.

38. As a direct result of the aforesaid unlawful action, Plaintiff-Relator, Phillip F. Palumbo, was deprived of his rights and/or property interest in his employment with the Stark-

9

Tuscarawas-Wayne Joint Solid Waste District in violation of 42 U.S.C. Section 1983 and in violation of his due process rights as set forth in the United States Constitution and the Ohio Constitution, and in violation of R.C. § 121.22.

39. As a direct result of the aforesaid unlawful actions by the Board, Plaintiff-Relator, Phillip F. Palumbo, has suffered damages in an amount exceeding Twenty-Five Thousand Dollars ($25,000.00) and has been caused to suffer emotional distress and other losses.

## COUNT V
### Injunctive Relief

40. Plaintiff-Relator, Phillip F. Palumbo, incorporates by reference herein the allegations contained in paragraphs 1 through 38, inclusive, hereinabove.

41. Plaintiff-Relator, Phillip F. Palumbo, is married and supports his family through his employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District.

42. As a direct result of the Board's aforesaid unlawful termination of Plaintiff-Relator's employment contracts, Plaintiff-Relator, Phillip F. Palumbo, has been unlawfully deprived of the means by which to support himself and his family.

43. As a result of the manner in which Defendants-Respondents terminated Plaintiff-Relator, Phillip F. Palumbo, and the high profile of his termination, the public has been left with the impression that Plaintiff-Relator Phillip F. Palumbo is guilty of some wrongdoing. Only through immediate reinstatement will further irreparable injury be prevented and the public informed that no such wrongful conduct incurred.

44. As a result of the aforesaid unlawful termination of Plaintiff-Relator's contracts, he has suffered immediate and irreparable injury by being unlawfully deprived of the means by which to support himself and his family.

10

45. In order to prevent further irreparable injury to Plaintiff-Relator, Phillip F. Palumbo and his family, Plaintiff-Relator requests this Court immediately enjoin the Board from enforcing its unlawful, official action of terminating Plaintiff-Relator's employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District until this Court orders otherwise.

46. Plaintiff-Relator, Phillip F. Palumbo, further requests this Court immediately order the Board to reinstate Plaintiff-Relator, Phillip F. Palumbo, in his employment as executive director and treasurer with the Stark-Tuscarawas-Wayne Joint Solid Waste District with all compensation, benefits, back pay and benefits.

47. Additionally, it is clear that the Board and its individual members and the Stark-Tuscarawas-Wayne Joint Solid Waste District will not sustain any damages by the issuance of this requested injunctive relief.

48. Therefore, no bond should be required of Plaintiff-Relator Phillip F. Palumbo.

WHEREFORE, Plaintiff-Relator requests the following relief:

A. On his first claim for relief:

1. A declaration that all resolutions and/or formal actions adopted by the Board in the open public meeting on February 6, 2004, regarding Plaintiff-Relator's employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District are invalid and void *ab initio* for the Board's failure to conduct its deliberations in accordance with the mandates of R. C. § 121.22 (G) and for its failure to provide Plaintiff-Relator advance notice that the Board was considering termination of his employment at the February 6, 2004 Board meeting, and;

11

2. A declaration that Plaintiff-Relator as the executive director and/or treasurer of the Stark-Tuscarawas-Wayne Joint Solid Waste District had an expectation of continued employment with said Board and property interest in said employment; and,

3. An order that the Board pay all attorney fees of Plaintiff-Relator in this matter and such other relief as this Court may deem proper and equitable.

B. On his second claim for relief

1. That the Court order the Board to immediately reinstate Plaintiff-Relator, Phillip F. Palumbo, to his employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District; and,

2. An order that the Board pay all attorney fees of Plaintiff-Relator in this matter and such other relief as this Court may deem proper and equitable.

C. On his third claim for relief:

1. Compensatory damages in an amount exceeding Twenty-Five Thousand Dollars;

2. Damages to compensate Plaintiff-Relator for emotional distress;

3. All back pay; and,

4. Attorney fees and such other relief as this Court may deem proper and equitable.

D. On his forth claim for relief:

1. Compensatory damages in an amount exceeding Twenty-Five Thousand Dollars;

2. Damages to compensate Plaintiff-Relator for emotional distress and other

12

losses;

3.   Back pay; and,

4.   Attorney fees and such other relief as this Court may deem proper and equitable.

E.   On his fifth claim for relief:

1.   The Court immediately enjoin the Board from enforcing its unlawful, official action of terminating Plaintiff-Relator's employment with the Stark-Tuscarawas-Wayne Joint Solid Waste District; and

2.   That the Court immediately order the Board to immediately reinstate Plaintiff-Relator Phillip F. Palumbo, in his employment as executive director and treasurer with the Stark-Tuscarawas-Wayne Joint Solid Waste District with all compensation, benefits, back pay and back benefits.

Respectfully submitted,

Allen Schulman, Jr.
Counsel for Plaintiff
Ohio Supreme Court No. 0001124
236 Third Street S.W.
Canton, Ohio 44702
(330) 456-4400 (Telephone)
(330) 456-3641 (Facsimile)

13

LAW OFFICES OF BRIAN L. ZIMMERMAN    CANTON, OHIO

Brian L. Zimmerman
Counsel for Plaintiff
Ohio Supreme Court No. 0042351
236 Third Street S.W., Suite 200
Canton, Ohio 44702
Telephone 330-454-8056
Facsimile 330-454-2434

## JURY DEMAND

Plaintiffs demand a trial by jury on all triable issues of fact.

Brian L. Zimmerman

## REQUEST FOR SERVICE

Plaintiff hereby requests that service of the foregoing Complaint be made on Defendants at the addresses listed in the caption of this Complaint by certified mail, return receipt requested, addressees only.

Brian L. Zimmerman
Counsel for Plaintiff

14

## VERIFICATION

Now comes Phillip F. Palumbo, who after being sworn by me deposes and says that the

statements made in the attached Complaint regarding the   Stark-Tuscarawas-Wayne Joint Solid

Waste District attached hereto are true and correct to the best of my knowledge, information

and belief.

_____
Phillip F. Palumbo

STATE OF OHIO
                    :SS
STARK COUNTY

Before me, a Notary Public in and for said County and State, personally appeared the
above named Phillip F. Palumbo, who acknowledged that he did sign the foregoing instrument
and that the same is his free act and deed.

   *IN TESTIMONY WHEREOF,* I have hereunto set my hand and official seal at
_____, Ohio this 17th day of _____, A.D. 2004.

_____
NOTARY PUBLIC
MELISSA SUNDBERG-PENNY
Notary Public, State of Ohio
My Commission Expires 5-7-05
Recorded In Stark County

Print This Docket                                    Back

**2004CV00586**      **STATE OF OHIO ET AL VS STARK-TUSCARAWAS-WAYNE JOINT SOLID WASTE MANAGEMETN DISTRICT BOARD OF COMMISS**

|  |  |
|---|---|
| **Type Of Action :** | Other Civil MISCELLANEOUS CIVIL |
| **Judge :** | SINCLAIR, LEE |
| **Case Status :** | open |
| **Filed On:** | 02/17/2004 |

## PARTIES

| Name | Type |
|---|---|
| CANNON, FRED | DEFENDANT |
| JACKSON, GAYLE | DEFENDANT |
| JACKSON, GAYLE | DEFENDANT |
| METZGER, KERRY | DEFENDANT |
| NOAH, CHERYL | DEFENDANT |
| OBRECHT, ANN | DEFENDANT |
| PALUMBO, PHILLIP F | PLAINTIFF |
| REGULA, RICHARD | DEFENDANT |
| REGULA, RICHARD | DEFENDANT |
| RESS, WILLIAM | DEFENDANT |
| SELDENRIGHT, JAMES | DEFENDANT |
| STARK TUSCARAWAS WAYNE JOINT SOLID WASTE MANAGEMENT DISTRICT, | DEFENDANT |
| STATE OF OHIO, | PLAINTIFF |
| VIGNOS, JANE | DEFENDANT |
| VIGNOS, JANE | DEFENDANT |

## DOCKET ENTRIES

| | | |
|---|---|---|
| 02-17-2004 | DEPOSIT RECEIVED FROM BRIAN ZIMMERMAN RECEIPT NO. CV093279 IN THE AMOUNT OF $285.00 | $285.00 |
| 02-17-2004 | DEPOSIT RECEIVED FROM BRIAN ZIMMERMAN RECEIPT NO. CV093280 IN THE AMOUNT OF $200.00 | $200.00 |
| 02-17-2004 | COMPLAINT FILED INSTRUCTIONS FOR SERVICE FILED; SUMMONS AND COPIES OF COMPLAINT SENT TO STARK TUSCARAWAS WAYNE JOINT SOLID WASTE MANAGEMENT DISTRICT BOARD OF COMMISSIONERS BY CERTIFIED MAIL; KERRY METZGER IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER IN TUSCARAWAS COUNTY AND A MEMBER OF HTE BOA BY CERTIFIED MAIL; ADDRESSEE ONLY WILLIAM RESS IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER IN TUSCARAWAS COUNTY AND A MEMBER OF THE BOA BY CERTIFIED MAIL; ADDRESSEE ONLY JAMES SELDENRIGHT IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER IN TUSCARAWAS COUNTY AND A MEMBER OF THE BOA BY CERTIFIED MAIL; ADDRESSEE ONLY FRED CANNON IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER FOR WAYNE COUNTY AND A MEMBER OF THE BOARD O BY CERTIFIED MAIL; ADDRESSEE ONLY CHERYL NOAH IN HER OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER FOR WAYNE COUNTY AND A MEMBER OF THE BOARD O BY CERTIFIED MAIL; ADDRESSEE ONLY ANN OBRECHT IN HER OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER FOR WAYNE COUNTY AND A MEMBER OF THE BOARD O BY CERTIFIED MAIL; ADDRESSEE ONLY GAYLE JACKSON BY CERTIFIED MAIL; ADDRESSEE ONLY RICHARD REGULA BY CERTIFIED MAIL; ADDRESSEE | $20.00 |

| | | |
|---|---|---|
| 02-17-2004 | ONLY JANE VIGNOS BY CERTIFIED MAIL; ADDRESSEE ONLY DESIGNATION FORM FILED | $.00 |
| 02-23-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - STARK TUSCARAWAS WAYNE JOINT SOLID WASTE MANAGEMENT DISTRICT BOARD OF COMMISSIONERS SIGNED BY CHRISTI ALLEN ON 02-20-2004 | $5.11 |
| 02-23-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - JANE VIGNOS SIGNED BY S ANDREWS ON 02-20-2004 | $8.61 |
| 02-23-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - RICHARD REGULA SIGNED BY MARILYN HOOVER ON 02-19-2004 | $8.61 |
| 02-23-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - ANN OBRECHT IN HER OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER FOR WAYNE COUNTY AND A MEMBER OF THE BOARD O SIGNED BY JOANNE FISHER ON 02-20-2004 | $8.61 |
| 02-23-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - FRED CANNON IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER FOR WAYNE COUNTY AND A MEMBER OF THE BOARD O SIGNED BY JOANNE FISHER ON 02-20-2004 | $8.61 |
| 02-23-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - CHERYL NOAH IN HER OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER FOR WAYNE COUNTY AND A MEMBER OF THE BOARD O SIGNED BY JOANNE FISHER ON 02-20-2004 | $8.61 |
| 02-24-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - JAMES SELDENRIGHT IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER IN TUSCARAWAS COUNTY AND A MEMBER OF THE BOA SIGNED BY BILL ILLEGIBLE ON 02-23-2004 | $8.61 |
| 02-24-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - WILLIAM RESS IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER IN TUSCARAWAS COUNTY AND A MEMBER OF THE BOA SIGNED BY BILL RESS ON 02-23-2004 | $8.61 |
| 02-24-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - KERRY METZGER IN HIS OFFICIAL CAPACITY AS A DULY ELECTED COMMISSIONER IN TUSCARAWAS COUNTY AND A MEMBER OF HTE BOA SIGNED BY BILL RESS ON 02-23-2004 | $8.61 |
| 03-01-2004 | SERVICE COMPLETE FOR SERVICE ISSUED 02-17-2004-CERTIFIED MAIL - GAYLE JACKSON SIGNED BY S ANDEREWS ON 02-27-2004 | $8.61 |

Print This Docket        Back

STARK COUNTY COMMON PLEAS COURT
CIVIL COVER SHEET

CASE NUMBER___ **2004CV00586**

*Sinclair*

State of Ohio Ex rel. Phillip F. Palumbo
                    Plaintiff

v.

Stark-Tuscarawas-Wayne Joint Solid Waste Management District Board of Commissioners, et al.
                    Defendant

Has this case been previously filed and dismissed? ____ Yes  _X_ No. If yes, list case number and Judge:_____

List all related pending case(s) including case number and Judge_____

### CIVIL CATEGORIES: Place (X) in ONE CATEGORY ONLY

[ ] Professional Tort
  [ ] Medical Malpractice
  [ ] Dental Malpractice
  [ ] Optometric Malpractice
  [ ] Chiropractic Malpractice
  [ ] Legal Malpractice
  [ ] Other Malpractice

[ ] Product Liability

[ ] Other Tort
  [ ] Personal Injury
  [ ] Personal Injury – Auto
  [ ] Miscellaneous

[ ] Workers Compensation

[ ] Foreclosure

[ ] Administrative Appeal

[ ] Complex Litigation
    Classification requested

[x] Other Civil
  [ ] Contract Case
  [x] Miscellaneous Civil
  [ ] Rent Property

Brief Factual Summary:

        Defendants failed to provide appropriate notice to Plaintiff that his employment with the Board was going to be considered at executive session.

Description of damages including all special damages to date:
        Exceeding $25,000.00

Do you think this case should be referred to the Court Mediation Program at this time: ___ Yes _X_ No
Reasons:

Brian L. Zimmerman Attorney-At-Law
236 Third Street S.W., #200
Canton, OH 44702
330-454-8056

Brian L. Zimmerman

X_____
Attorney Registration #0042351

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

## PHIL G. GIAVASIS
### STARK COUNTY CLERK OF COURTS

STATE OF OHIO EX REL ,ET AL
                    PLAINTIFF,
VS.

STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

                    DEFENDANT,

CASE NUMBER :    2004CV00586

ASSIGNED JUDGE :    LEE  SINCLAIR

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
    JAMES SELDENRIGHT IN HIS OFFICIAL
    CAPACITY AS A DULY ELECTED
    COMMISSIONER IN TUSCARAWAS COUNTY
    AND A MEMBER OF THE BOA
    WASTE MANAGEMENT DISTRICT
    125 E HIGH AVENUE
    NEW PHILADELPHIA, OH 44663

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON
PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
    STATE OF OHIO - EX REL
    PHILLIP F PALUMBO
    1900 EDWARDS AVE NE
    CANTON, OH 44705
                                                    PLAINTIFF,

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF THE PLAINTIFF'S
ATTORNEY IS:
    Brian ZIMMERMAN
    Carnegie Building
    236 3rd St. S.w.
    Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE
PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN
TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE.
YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF
THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

# PHIL G. GIAVASIS
## STARK COUNTY CLERK OF COURTS

STATE OF OHIO EX REL ,ET AL
          PLAINTIFF,

    VS.                             CASE NUMBER :     **2004CV00586**

  STARK TUSCARAWAS WAYNE JOINT        ASSIGNED JUDGE :    **LEE  SINCLAIR**
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

           DEFENDANT,

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
    JAMES  SELDENRIGHT IN HIS OFFICIAL
    CAPACITY AS A DULY ELECTED
    COMMISSIONER IN TUSCARAWAS COUNTY
    AND A MEMBER OF THE BOA
    WASTE MANAGEMENT DISTRICT
    125 E HIGH AVENUE
    NEW PHILADELPHIA, OH 44663

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON
PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
    STATE OF OHIO - EX REL
    PHILLIP F PALUMBO
    1900 EDWARDS AVE NE
    CANTON, OH 44705                                 PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S
ATTORNEY IS:
    Brian ZIMMERMAN
    Carnegie Building
    236 3rd St. S.w.
    Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE
PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN
TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE.
YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF
THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

## PHIL G. GIAVASIS
## STARK COUNTY CLERK OF COURTS

STATE OF OHIO EX REL ,ET AL
PLAINTIFF,
VS.

STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

DEFENDANT,

CASE NUMBER :    2004CV00586

ASSIGNED JUDGE :    LEE SINCLAIR

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
JANE VIGNOS
110 CENTRAL PLAZA SOUTH SUITE 240
CANTON, OH 44702

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
STATE OF OHIO - EX REL
PHILLIP F PALUMBO
1900 EDWARDS AVE NE
CANTON, OH 44705

PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:
Brian ZIMMERMAN
Carnegie Building
236 3rd St, S.w.
Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____ ,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

## PHIL G. GIAVASIS
### STARK COUNTY CLERK OF COURTS

STATE OF OHIO  EX REL ,ET AL
                    PLAINTIFF,
            VS.                                    CASE NUMBER :      2004CV00586

STARK TUSCARAWAS WAYNE JOINT           ASSIGNED JUDGE :      LEE  SINCLAIR
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

            DEFENDANT,

# SUMMONS

                                                          February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
        GAYLE JACKSON
        110 CENTRAL PLAZA SOUTH SUITE 240
        CANTON, OH 44702

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON
PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
        STATE OF OHIO - EX REL
        PHILLIP F PALUMBO
        1900 EDWARDS AVE NE
        CANTON, OH 44705                                         PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S
ATTORNEY IS:
        Brian ZIMMERMAN
        Carnegie Building
        236 3rd St. S.w.
        Canton, OH 44702 .

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE
PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN
TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE.
YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF
THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____ ,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

# PHIL G. GIAVASIS
## STARK COUNTY CLERK OF COURTS

STATE OF OHIO EX REL ,ET AL
PLAINTIFF,

VS.

CASE NUMBER :    **2004CV00586**

STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

ASSIGNED JUDGE :    **LEE  SINCLAIR**

DEFENDANT,

RECEIVED
. . 20 . . .
STARK-TUSCARAWAS-WAYI
JOINT SOLID WASTE DISTRIK

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT DISTRICT
BOARD OF COMMISSIONERS
9918 WILKSHIRE BLVD NE
BOLIVAR, OH 44612

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
STATE OF OHIO - EX REL
PHILLIP F PALUMBO
1900 EDWARDS AVE NE
CANTON, OH 44705

PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:
Brian ZIMMERMAN
Carnegie Building
236 3rd St. S.w.
Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____OKimbell_____ ,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

# PHIL G. GIAVASIS
## STARK COUNTY CLERK OF COURTS

RECEIVED
WAYNE COUNTY
COMMISSIONERS OFFICE

2004 FEB 20  P 12: 03

STATE OF OHIO  EX REL ,ET AL
                    PLAINTIFF,

VS.

STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

                    DEFENDANT,

CASE NUMBER :    2004CV00586

ASSIGNED JUDGE :    LEE  SINCLAIR

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
FRED  CANNON IN HIS OFFICIAL CAPACITY
AS A DULY ELECTED COMMISSIONER FOR
WAYNE COUNTY AND A MEMBER OF THE
BOARD O
MANAGEMENT DISTRICT
428 W LIBERTY STREET
WOOSTER, OH 44691

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON
PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
STATE OF OHIO - EX REL
PHILLIP F PALUMBO
1900 EDWARDS AVE NE
CANTON, OH 44705
                                        PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S
ATTORNEY IS:
Brian ZIMMERMAN
Carnegie Building
236 3rd St. S.w.
Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE
PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN
TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE.
YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF
THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

# PHIL G. GIAVASIS
## STARK COUNTY CLERK OF COURTS

RECEIVED
WAYNE COUNTY
COMMISSIONERS OFFICE

2004 FEB 20 P 12: 04

STATE OF OHIO  EX REL ,ET AL
               PLAINTIFF,

      VS.

STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

         DEFENDANT,

CASE NUMBER :    **2004CV00586**

ASSIGNED JUDGE :    LEE  SINCLAIR

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
    ANN  OBRECHT IN HER OFFICIAL CAPACITY
    AS A DULY ELECTED COMMISSIONER FOR
    WAYNE COUNTY AND A MEMBER OF THE
    BOARD O
    MANAGEMENT DISTRICT
    428 W LIBERTY STREET
    WOOSTER, OH 44691

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
    STATE OF OHIO - EX REL
    PHILLIP F PALUMBO
    1900 EDWARDS AVE NE
    CANTON, OH 44705

                                 PLAINTIFF.

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S  ATTORNEY IS:
    Brian ZIMMERMAN
    Carnegie Building
    236 3rd St. S.w.
    Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____ ,Deputy Clerk

IN THE COURT OF COMMON PLEAS, STARK COUNTY, OHIO

## PHIL G. GIAVASIS
### STARK COUNTY CLERK OF COURTS

RECEIVED
WAYNE COUNTY
COMMISSIONERS OFFICE

2004 FEB 20 P 12: 03

STATE OF OHIO  EX REL ,ET AL
                      PLAINTIFF,
        VS.

STARK TUSCARAWAS WAYNE JOINT
SOLID WASTE MANAGEMENT
DISTRICT BOARD OF
COMMISSIONERS ,ET AL

              DEFENDANT,

CASE NUMBER :    2004CV00586

ASSIGNED JUDGE :    LEE  SINCLAIR

# SUMMONS

February 18, 2004

TO THE FOLLOWING NAMED DEFENDANT:
    CHERYL  NOAH IN HER OFFICIAL CAPACITY
    AS A DULY ELECTED COMMISSIONER FOR
    WAYNE COUNTY AND A MEMBER OF THE
    BOARD O
    MANAGEMENT DISTRICT
    428 W LIBERTY STREET
    WOOSTER, OH 44691

YOU HAVE BEEN NAMED A DEFENDANT IN A COMPLAINT FILED IN STARK COUNTY COURT OF COMMON PLEAS, STARK COUNTY COURT HOUSE, CANTON, OHIO 44702 BY:
    STATE OF OHIO - EX REL
    PHILLIP F PALUMBO
    1900 EDWARDS AVE NE
    CANTON, OH 44705

                        PLAINTIFF

A COPY OF THE COMPLAINT IS ATTACHED HERETO.  THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS:
    Brian ZIMMERMAN
    Carnegie Building
    236 3rd St. S.w.
    Canton, OH 44702

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

PHIL G. GIAVASIS
CLERK OF COURTS
STARK COUNTY, OHIO

BY: _____ ,Deputy Clerk